PER CURIAM.
We reverse the trial court’s order which dismissed the escape charge filed by the state against Terry Butcher based on the authority of D.P. v. State, 597 So.2d 952 (Fla. 1st DCA 1992). See B.M. v. State, 625 So.2d 956 (Fla. 5th DCA 1993), rev. granted, Case No. 82,667 (Fla. Jan. 19,1994); D.F. v. State, 623 So.2d 867 (Fla. 5th DCA 1993), rev. granted, 632 So.2d 1025 (Fla.1994); B.H. v. State, 622 So.2d 615 (Fla. 5th DCA 1993).
REVERSED.
DAUKSCH, COBB and GRIFFIN, JJ., concur.